**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00967-REB-KMT

TIMOTHY JOHN KENNEDY,

    Plaintiff,

v.

MARK A. FINLEY,
ERNEST ROGER PEELE,
SHERIFF JOHN WESLEY ANDERSON,
EL PASO COUNTY SHERIFF'S OFFICE, and
UNITED STATES OF AMERICA,

    Defendants.

## ORDER DENYING AS MOOT MOTIONS TO DISMISS

**Blackburn, J.**

The matters before me are (1) the **Motion To Dismiss by Defendant Peele** [#19][1] filed August 15, 2011; and (2) the **Motion To Dismiss by Defendant United States of America** [#20] filed August 19, 2011. Shortly after the motions were filed, and prior to the time responses were due, plaintiff filed his **Plaintiff's First Amended Complaint and Jury Demand** [#21] on August 30, 2011. *See* **FED. R. CIV. P.** 15(a)(1)(B).

The filing of an amended complaint moots a motion to dismiss directed at the superceded complaint. *See Griggs v. Jornayvaz*, 2009 WL 1464408 at *1 (D. Colo.

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order

May 22, 2009); *United States ex rel. Babb v. Northrop Grumman Corp.*, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007). Thus, the motions to dismiss are moot and will be denied without prejudice on that basis.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss by Defendant Peele** [#19] filed August 15, 2011, is **DENIED WITHOUT PREJUDICE** as moot; and

2. That **Motion To Dismiss by Defendant United States of America** [#20] filed August 19, 2011, is **DENIED WITHOUT PREJUDICE** as moot.

Dated August 31, 2011, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge