**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00967-REB-KMT

TIMOTHY JOHN KENNEDY,

    Plaintiff,

v.

MARK A. FINLEY,
ERNEST ROGER PEELE,
SHERIFF JOHN WESLEY ANDERSON,
EL PASO COUNTY SHERIFF'S OFFICE, and
UNITED STATES OF AMERICA,

    Defendants.

**ORDER**

**Blackburn, J.**

This matter is before me on the **Mandate** [#98][1], filed March 4, 2014, of the United States Court of Appeals for the Tenth Circuit.  Pursuant to the **Order and Judgment** [#97], filed January 10, 2014, of the appellate court, I am directed to dismiss the claims against defendant, Ernest Roger Peele, whom the Tenth Circuit has found to be entitled to qualified immunity as to his pretrial statements.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's claims against defendant, Ernest Roger Peele, are **DISMISSED WITH PREJUDICE**;

    2. That at the time judgment enters, judgment with prejudice **SHALL ENTER** for

---

[1] "[#98]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

defendant, Ernest Roger Peele, against plaintiff, Timothy John Kennedy, on all claims for relief and causes of action;

    3.  That defendant, Ernest Roger Peele, is **AWARDED** his costs to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

    4.  That defendant, Ernest Roger Peele, is **DROPPED** as a named party to this action, and the case caption is **AMENDED** accordingly.

    Dated April 14, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge